**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael H Gustin, et al., | No. CV-22-00525-PHX-DLR |
| Petitioners, | **JUDGMENT** |
| v. | |
| Kleen Concepts LLC, | |
| Respondent. | |

This action having come before the Court on Petitioners Michael H. Gustin, Cindy B. Gustin, John William Rhea, Jonathan C. Warner, Ken M. Link, Kendal Potesta, and Scott Pace's motion to vacate arbitration award and Respondent Kleen Concepts LLC's cross-motion to confirm arbitration award, and the Court having entered its Order confirming the arbitration award on November 30, 2022 (*See* Doc. 30.),

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Final judgment is entered in favor of Respondent Kleen Concepts, LLC ("Kleen Concepts") and against Petitioners Michael H. Gustin, Cindy B. Gustin, John William Rhea, Jonathan C. Warner, Ken M. Link, Kendal Potesta, and Scott Pace, jointly and severally, in the amount of $568,561.37, which shall accrue interest at the legal rate established pursuant to A.R.S. § 44-1201;

2. The Court will retain jurisdiction to enforce this Judgment, to allow Kleen Concepts to seek its attorneys' fees and costs incurred in this action pursuant

        to Federal Rule of Civil Procedure 54, and to grant all further relief it deems fair, just, and proper; and

3.     Kleen Concepts shall file its motion for attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 54, within fourteen (14) days of this Judgment.

Dated this 8th day of December, 2022.

*(signature)*
Douglas L. Rayes
United States District Judge